| | |
|---|---|
| | |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON HUMES,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>SAC. CO. SUPERIOR COURT,<br><br>　　　　Respondent. | No. 2:18-cv-3015 AC P<br><br><br>ORDER |

Petitioner, a county prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. However, while petitioner has provided his prisoner trust account statement (ECF No. 2), he has not filed an in forma pauperis application. See 28 U.S.C. §§ 1914(a); 1915(a). Petitioner will be provided the opportunity to submit the appropriate application in support of a request to proceed in forma pauperis.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner shall submit, within thirty days from the date of this order, an application in support of his request to proceed in forma pauperis. He is not required to submit another copy of his trust account statement.

2. Failure to comply with this order will result in a recommendation that this action be dismissed.

////

3. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

DATED: November 27, 2018

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE